**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 4, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00715-CV

---

### IN RE WILMA REYNOLDS AND CARL GORDON, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-83411**

---

## MEMORANDUM OPINION

On Wednesday, September 25, 2024, relators Wilma Reynolds and Carl Gordon filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Colleen Gaido, presiding judge of the 337th District Court,

sitting by referral in place of the Honorable Robert Schaffer, presiding judge of the 152nd District Court, to vacate three orders: (1) an August 27, 2024 "Order Compelling Discovery Responses from Plaintiff Wilma Reynolds' attorney Carl Gordon"; an August 30, 2024 "Order of Civil Contempt and Committing Carl W. Gordon to Harris County Jail, Suspending Commitment and Resetting Hearing"; and (3) a September 9, 2024 "Order Appointing Receiver and Master."

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Spain and Poissant. (J. Spain dissenting with opinion to follow).

2